IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR M. CORREA,

    Plaintiff,                    No. CIV S-10-0531 DAD P

    vs.

MIKE McDONALD, et al.,

    Defendants.             <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis. Plaintiff has not submitted his in forma pauperis request on a proper form.

        Plaintiff's request for leave to proceed in forma pauperis will be denied, and plaintiff will be granted thirty days to submit a new request on a proper form. Plaintiff is cautioned that the form includes a section that must be completed by a prison official, and the application form must be accompanied by a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of this action.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's March 4, 2010, request for leave to proceed in forma pauperis (Doc. No. 2) is denied without prejudice;

2. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights action; and

3. Plaintiff shall submit, within thirty days from the date of this order, a properly completed application to proceed in forma pauperis on the form provided with this order; plaintiff is cautioned that failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: March 11, 2010.

*[signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kly/4
corr0531.3d