1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   VICTOR M. CORREA,

11            Plaintiff,                    No. CIV S-10-0531 FCD DAD P

12       vs.

13   MIKE McDONALD, et al.,

14            Defendants.                   ORDER

15   _____/

16            Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19            On September 16, 2010, the magistrate judge filed findings and recommendations

20   herein which were served on plaintiff and which contained notice to plaintiff that any objections

21   to the findings and recommendations were to be filed within twenty-one days.  Plaintiff has not

22   filed objections to the findings and recommendations.

23            The court has reviewed the file and finds the findings and recommendations to be

24   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25   ORDERED that:

26   /////

1

1    1.  The findings and recommendations filed September 16, 2010, are adopted in

2 full; and

3    2.  This action is dismissed with prejudice for failure to state a claim.

4 DATED: October 28, 2010.

5

6                        _____

             FRANK C. DAMRELL, JR.

7             UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26